District Judge Thomas S. Zilly

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DR. SARA HASELI, *et al.*, <br><br>　　　　　　　Plaintiffs, <br><br>　v. <br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br>　　　　　　　Defendants. | Case No. 2:23-cv-01753-TSZ <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND ORDER <br><br> Noted for Consideration: <br> March 26, 2024 |

　　　　Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings through April 12, 2024. Plaintiffs bring this litigation pursuant to the Administrative Procedure Act to compel Defendants to complete processing of Plaintiff Nariman's nonimmigrant visa application. For good cause, the parties request that this case be stayed through April 12, 2024.

　　　　Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION <br>
[Case No. 2:23-cv-01753-TSZ] - 1

UNITED STATES ATTORNEY <br>
1201 Pacific Ave., Ste. 700 <br>
Tacoma, WA 98402 <br>
(253) 428-3800

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this litigation may be resolved in its entirety. Plaintiff Nariman's visa was issued on March 25, 2024. It is anticipated that Nariman will receive the physical visa shortly. Once the visa is obtained, Plaintiffs will dismiss this litigation. Accordingly, the parties jointly stipulate and request that the Court stay these proceedings through April 12, 2024. The parties will submit a joint status report on or before April 12, 2024.

DATED this 26th day of March, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | SOUND IMMIGRATION |
| */s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Email: michelle.lambert@usdoj.gov | s/Greg McLawsen<br>GREG MCLAWSEN, WSBA #41870<br>113 Cherry Street, ECM# 45921<br>Seattle, Washington 98104<br>Phone: (855) 809-5115<br>Email: greg@soundimmigration.com |
| *Attorneys for Defendants* | MCCANDLISH HOLTON, PC |
| **I certify that this memorandum contains 216 words, in compliance with the Local Civil Rules.** | *s/David E. Gluckman*<br>DAVID E. GLUCKMAN, PHV, VA No.76773<br>1111 East Main Street, Ste. 2100<br>Richmond, Virginia 23219<br>Phone: (804) 775-3826<br>Email: dgluckman@lawmh.com |
| | *Attorneys for Plaintiffs* |

STIPULATED MOTION<br>
[Case No. 2:23-cv-01753-TSZ] - 2

UNITED STATES ATTORNEY<br>
1201 PACIFIC AVE., STE. 700<br>
TACOMA, WA 98402<br>
(253) 428-3800

**ORDER**

The parties having stipulated and agreed, it is hereby so ORDERED. The parties shall file a joint status report on or before April 12, 2024.

DATED this 27th day of March, 2024.

*Thomas S. Zilly*
THOMAS S. ZILLY
United States District Judge

STIPULATED MOTION
[Case No. 2:23-cv-01753-TSZ] - 3

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800